IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

            v.          Criminal No. 02-50071

MARKICE RAMAGE                                              DEFENDANT

O R D E R

Now on this 7th day of April, 2010, comes on for consideration **Defendant's Motion Pursuant To 18 U.S.C. § 3582(c)(2)** (document #51), and the **Magistrate Judge's Report And Recommendation** (document #54), to which no objection has been made. The Court has carefully reviewed the Report And Recommendation, and finds it sound in all respects. The Report And Recommendation will be adopted in toto, and defendant's Motion will be denied for the reasons set out in the Report And Recommendation.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #54) is **adopted in toto,** and **Defendant's Motion Pursuant To 18 U.S.C. § 3582(c)(2)** (document #51) is **denied.**

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE